AO 245H  (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FEB 26 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For a Petty Offense) — Short Form |
| TONYIE S. MURRAY | Case No.  4:14CR00031-BD |
| | USM No. |
| | Nicole Lybrand, Asst. Federal Public Defender |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR §261.58(t) | Pssn. of Marijuana in National Forest System | 05/24/2013 | 1 |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 10.00 | $ 425.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 6213

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
Little Rock, AR

02/25/2014
Date of Imposition of Judgment

_____
Signature of Judge

Beth Deere                U. S. Magistrate Judge
Name and Title of Judge

02/26/2014
Date

